| | | | |
|---|---|---|---|
| Marriage of Kenney<br>2017 MT 9N | DA 16-0163<br>Affirmed. | 01/17/17 | Dist. 13<br>(Yellowstone) |
| Herman v. Lupoli,<br>et al.<br>2017 MT 10N | DA 15-0685<br>Affirmed | 01/17/17 | Dist. 1 (Broadwater) |
| Estate of Cote<br>2017 MT 11N | DA 16-0295<br>Affirmed | 01/17/17 | Dist. 21 (Ravalli) |
| Sliwinski v. 1st<br>Jud. Dist. Ct. | OP 17-0042<br>Denied | 01/20/17 | Original Proceeding<br>Supervisory Control |
| State v. Counts<br>2017 MT 13N | DA 15-0390<br>Affirmed | 01/24/17 | Dist. 10 (Fergus) |
| Matter of L.M.F.,<br>YINC<br>2017 MT 14N | DA 16-0415<br>Affirmed | 01/24/17 | Dist. 13<br>(Yellowstone) |
| Ratliff v. Schleinz<br>et al.<br>2017 MT 15N | DA 16-0359<br>Reversed &<br>Remanded | 01/24/17 | Dist. 4 (Missoula) |
| City of Helena v.<br>Schroeder<br>2017 MT 16N | DA 16-0178<br>Affirmed | 01/24/17 | Dist. 1 (Lewis &<br>Clark) |
| Duram v. Ploeger<br>2017 MT 17N | DA 16-0559<br>Affirmed | 01/24/17 | Dist. 11 (Flathead) |
| Amtrust v. Wiggins<br>2017 MT 21N | DA 16-0351<br>Affirmed | 02/07/17 | Dist. 20 (Lake) |
| Nolan v. Yellowstone<br>County<br>2017 MT 23N | DA 16-0431<br>Affirmed | 02/07/17 | Dist. 13<br>(Yellowstone) |
| Matter of X.S., et al.<br>YINC<br>2017 MT 27N | DA 16-0508<br>Affirmed | 02/14/17 | Dist. 19 (Lincoln) |
| Matter of J.S.<br>2017 MT 28N | DA 15-0751<br>Affirmed | 02/14/17 | Dist. 13<br>(Yellowstone) |